# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HARRISON PROSTHETIC CRADLE INC., ) ) ) Plaintiff, ) ) v. ) ) ) ROE DENTAL LABORATORY, ) INC., ) ) Defendant. ) ) | Case No. 1:22-cv-00341 <br><br> Judge J. Philip Calabrese <br><br> Magistrate Judge Jonathan D. Greenberg |

## ORDER TO SHOW CAUSE

Pursuant to Rule 11(c)(3) of the Federal Rules of Civil Procedure, the Court orders Defendants and their counsel to show cause why they have not violated Rule 11(b) or should not otherwise be sanctioned under the Court's inherent authority or 28 U.S.C. § 1927. Specifically, the Court requests an explanation of how including a request for sanctions at the end of Defendant's motion for judgment on the pleadings, which is facially defective and procedurally improper, complies with Rule 11(b)(1) and what proper purpose doing so serves.

The Court orders a response or responses (as appropriate) to this Order no later than June 6, 2022.

**SO ORDERED.**

Dated: May 11, 2022

                                   J. Philip Calabrese
                                   United States District Judge
                                   Northern District of Ohio